THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Arthur Billy
 Wilson, Appellant.
 
 
 

Appeal From Colleton County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2008-UP-469
 Submitted August 1, 2008  Filed August 8,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia, and Solicitor I. McDuffie 
 Stone, III, of Beaufort, for Respondent.
 
 
 

PER
 CURIAM:  Arthur Billy Wilson appeals
 a restitution order requiring him to pay $6,919.03.  Wilson argues the court
 erred in allowing a document into evidence which the State failed to disclose pursuant
 to Rule 5, SCRCrimP.  After a thorough
 review of the record and counsels brief, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.